# EXHIBIT 4

# *Jacobs, Kleinman, Seibel and McNally*
## *A Legal Professional Association*

*Cincinnati Club Building*
*30 Garfield Place, Suite 905*
*Cincinnati, Ohio 45202*
*Phone (513) 381-6600    Fax (513) 381-4150*

September 18, 2021

**Via Email: Anna.Claxton@llsa.com**
Anna Claxton, Esquire
Life Line Screening
Barton Oaks Plaza 2, Suite 130
901 South Mopac Expressway
Austin, Texas 78746

    *RE:    Ellen Leonardi*

Dear Ms. Claxton:

Our firm represents Ellen Leonardi. Ms. Leonardi is a nurse practitioner employed by Life Line Screening. Ms. Leonardi is licensed in Illinois and has been seeing patients in Illinois. During the year 2020 and the first half of 2021, Ms. Leonardi was directed by Life Line Screening to provide nurse practitioner services to individuals throughout the United States and in states where she was not licensed. She has recently been directed to obtain licenses in various states so that she may continue to provide services in these other states to individuals referred to her as an employee of Life Line Screening.

As part of the application process for the other states, questions have arisen relating to the authority relied upon by Life Line Screening to have Ellen previously provide services in states where she was not licensed. Our review of Ohio law indicates that a nurse practitioner may only practice in accordance with a standard care arrangement entered into with a physician or podiatrist with whom the nurse collaborates. Further, the standard care agreement must be maintained by Ellen's employer. In accordance with Ohio law, the name of the collaborating physician must be submitted to the State Board of Nursing.

Ellen has previously asked her supervisor for the authority, if any, that Life Line Screening relied upon in directing Ellen to provide nurse practitioner services in Ohio and other states if no standard care arrangement existed between her and a treating physician or podiatrist in that state. Accordingly, if such agreements exist, please forward those so that they can be provided to the state licensing agencies as her application progresses with each state. If they do not exist, please

*Jacobs, Kleinman, Seibel and McNally*

Anna Claxton, Esquire
September 18, 2021
Page 2

provide the authority relied upon by Life Line Screening to allow Ellen to provide services in states in which she was not licensed.

As time is of the essence in this matter, please provide a response and/or forward the agreements within the next seven days.

Thank you for your time and consideration in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Mark J. Byrne

MJB:drc
cc: Kevin Luckow
Kevin.Luckow@llsa.com