# EXHIBIT 5

# *Jacobs, Kleinman, Seibel and McNally*
## *A Legal Professional Association*

*Cincinnati Club Building*
*30 Garfield Place, Suite 905*
*Cincinnati, Ohio 45202*
*Phone (513) 381-6600   Fax (513) 381-4150*

September 23, 2021

**Via Email:  Anna.Claxton@llsa.com**
Anna Claxton, Esquire
Life Line Screening
Barton Oaks Plaza 2, Suite 130
901 South Mopac Expressway
Austin, Texas  78746

***RE:    Ellen Leonardi***

Dear Ms. Claxton:

By my September 18, 2021 letter, I informed you that our firm represents Ellen Leonardi. In my letter, I asked for the authority that Life Line Screening relied upon in directing Ellen to provide nurse practitioner services in Ohio and other states if no standard care arrangement existed between her and a treating physician or podiatrist in that state. I indicated that the reason for the request was due to inquiries from several state licensing boards asking her to explain the authority she relied upon during 2020 and early 2021 which allowed her to practice in a state for which she is not licensed. I emphasized that this information was critical to proceed with the application process.

Over the last couple of days, Ellen's supervisor, Kevin Luckow, has continually asked Ellen to provide a status report on her application process notwithstanding the fact that the information she needs to complete the process has not yet been provided to her from Life Line Screening. When she asked Mr. Luckow the status of my September 18, 2021 request, his response is that "[you] are looking into it and will respond".

I assumed when I sent my September 18, 2021 letter, that Life Line had this information readily available given the significant consequences (including a state law criminal prosecution) for its nurse practitioners if their out of state activities constituted a violation of state law. Once again, I am requesting the foregoing information be sent to me so I can advise Ellen on her application process.

Should you have any questions, don't hesitate to contact me.

Very truly yours,

Mark J. Byrne

MJB:drc
cc:    Kevin Luckow