# EXHIBIT 6

## Mark Byrne

**From:** Anna Claxton <Anna.Claxton@llsa.com>
**Sent:** Friday, September 24, 2021 3:22 PM
**To:** Mark Byrne
**Cc:** Kevin Luckow
**Subject:** Re: Ellen Leonardi

Me Leonardo is only being assigned patients where she is licensed. Currently that is Illinois. We are trying to assist her in getting additional licenses (and collaborating agreements as necessary) in other states. Unless and until we get those licenses in place she will be assigned only Illinois patients. I understand she has not been amenable to obtaining additional licenses. We are happy to assist if she changes her mind.

Anna

Anna

**From:** Mark Byrne <mbyrne@jksmlaw.com>
**Sent:** Thursday, September 23, 2021 1:14:06 PM
**To:** Anna Claxton <Anna.Claxton@llsa.com>
**Cc:** Kevin Luckow <Kevin.Luckow@llsa.com>
**Subject:** Ellen Leonardi

**CAUTION:** This email originated outside of Life Line Screening. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Claxton,

Please see letter attached.


Mark J. Byrne, Esquire
Jacobs, Kleinman, Seibel & McNally LPA
Cincinnati Club Building
30 Garfield Place, Suite 905
Cincinnati, Ohio 45202
Tel: (513) 381-6600 ext. 15
Fax: (513) 381-4150
Email: mbyrne@jksmlaw.com


CONFIDENTIALITY NOTICE: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

1