# EXHIBIT 7

| STATE | 1st Contact | Last Contact | # of Contacts |
|---|---|---|---|
| AL | 5/11/2020 | 10/13/2020 | 6 |
| AR | 5/13/2020 | 8/10/2021 | 22 |
| AZ | 4/6/2020 | 7/30/2021 | 35 |
| CA | 4/20/2020 | 8/3/2021 | 114 |
| CO | 4/3/2020 | 8/4/2021 | 46 |
| CT | 5/11/2020 | 4/28/2021 | 18 |
| DE | 4/4/2020 | 10/13/2020 | 3 |
| FL | 4/6/2020 | 7/2/2021 | 83 |
| GA | 4/17/2020 | 8/10/2021 | 68 |
| IA | 4/1/2020 | 8/3/2021 | 55 |
| ID | 7/7/2020 | 7/21/2021 | 11 |
| IL | 4/1/2020 | 8/10/2021 | 237 |
| IN | 4/22/2020 | 8/5/2021 | 64 |
| KS | 4/6/2020 | 7/20/2021 | 41 |
| KY | 4/14/2020 | 7/30/2021 | 33 |
| LA | 4/22/2020 | 7/30/2021 | 13 |
| MA | 5/1/2020 | 7/30/2021 | 33 |
| MD | 4/30/2020 | 7/30/2021 | 56 |
| ME | 4/22/2020 | 7/20/2021 | 11 |
| MI | 4/14/2020 | 8/4/2021 | 75 |
| MN | 5/11/2020 | 7/21/2021 | 41 |
| MO | 4/8/2020 | 8/3/2021 | 69 |
| MS | 4/20/2020 | 8/6/2020 | 7 |
| MT | 4/10/2020 | 5/18/2021 | 9 |
| NC | 4/13/2020 | 8/9/2021 | 84 |
| ND | 5/12/2020 | 8/4/2021 | 9 |
| NE | 4/1/2020 | 7/7/2021 | 38 |
| NH | 6/5/2020 | 6/15/2021 | 15 |
| NJ | 4/10/2020 | 7/13/2021 | 43 |
| NM | 4/8/2020 | 6/23/2021 | 22 |
| NV | 4/20/2020 | 8/9/2021 | 25 |
| NY | 4/15/2020 | 8/4/2021 | 58 |
| OH | 4/10/2020 | 8/10/2021 | 104 |
| OK | 4/1/2020 | 8/10/2021 | 54 |
| OR | 7/13/2020 | 7/22/2021 | 29 |
| PA | 4/1/2020 | 8/5/2021 | 98 |
| SC | 4/22/2020 | 7/26/2021 | 61 |
| SD | 5/15/2020 | 6/28/2021 | 15 |
| TN | 4/1/2020 | 7/26/2021 | 46 |
| TX | 4/3/2020 | 8/10/2021 | 92 |
| UT | 5/22/2020 | 7/12/2021 | 11 |
| VA | 4/3/2020 | 8/5/2021 | 82 |
| VT | 4/11/2020 | 4/12/2021 | 9 |
| WA | 4/6/2020 | 7/26/2021 | 53 |
| WI | 5/8/2020 | 8/9/2021 | 32 |

| | | | |
|---|---|---|---|
| WV | 4/18/2020 | 6/16/2021 | 23 |
| WY | 9/3/2020 | 4/21/2021 | 10 |
| | | | **2163** |